Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17202−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph R. Zacamy
37 Spring Mill Dr
Sewell, NJ 08080−2624

Jennifer A. Zacamy
37 Spring Mill Dr
Sewell, NJ 08080−2624

Social Security No.:
xxx−xx−6749

xxx−xx−6268

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on March 21, 2024.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 21, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 23-17202-JNP
Joseph R. Zacamy                                                                                        Chapter 13
Jennifer A. Zacamy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                     Page 1 of 3
Date Rcvd: Mar 21, 2024              Form ID: 148                 Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Joseph R. Zacamy, Jennifer A. Zacamy, 37 Spring Mill Dr, Sewell, NJ 08080-2624 |
| aty | + | Phillip Raymond, 485F U.S. Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 520002550 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 520002559 | | South Jersey Gas, Po Box 27352, Phoenix, AZ 85061-7352 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520049548 | | EDI: PHINAMERI.COM | Mar 22 2024 00:52:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520024166 | + | EDI: PHINAMERI.COM | Mar 22 2024 00:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520002548 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 21 2024 21:11:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |
| 520022454 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 21 2024 21:11:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520002549 | | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 520002551 | + | EDI: WFNNB.COM | Mar 22 2024 00:52:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520002552 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2024 21:21:10 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520002554 | | Email/Text: ECF@fayservicing.com | Mar 21 2024 21:11:00 | Fay Servicing, 3000 Kellway Dr Ste 150, Carrollton, TX 75006-3357 |
| 520002553 | | Email/Text: ECF@fayservicing.com | Mar 21 2024 21:11:00 | Fay Servicing, Po Box 809441, Chicago, IL 60680-9441 |
| 520002555 | | EDI: PHINAMERI.COM | Mar 22 2024 00:52:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520002556 | ^ | MEBN | Mar 21 2024 21:02:14 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |

| | | | | |
|---|---|---|---|---|
| 520061903 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 21:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520002557 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2024 21:12:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520066188 | | EDI: PRA.COM | Mar 22 2024 00:52:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520002558 | | Email/Text: signed.order@pfwattorneys.com | Mar 21 2024 21:10:00 | Pressler, Felt, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520059981 | | EDI: Q3G.COM | Mar 22 2024 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520056311 | ^ | MEBN | Mar 21 2024 21:01:35 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 520060849 | + | EDI: AIS.COM | Mar 22 2024 00:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Eric J Clayman | on behalf of Debtor Joseph R. Zacamy Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Jennifer A. Zacamy Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Jason Brett Schwartz | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity, But Solely As Trustee Of Lsf10 Master Participation Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 148 | Total Noticed: 24 |

| | |
|---|---|
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8